J. Evan Shapiro (SBN 218481)
eshapiro@taulersmith.com
Camrie Ventry (SBN 355853)
cventry@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff Lawrence Schallert*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SCHALLERT, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01015-JFW-KS |
| Plaintiff, | **PLAINTIFF'S DECLARATION OF LEAD TRIAL COUNSEL** |
| vs. | |
| STOCKX LLC, a Michigan limited liability company; and DOES 1 through 25, inclusive, | |
| Defendants. | |

PTF'S DECLARATION OF LEAD TRIAL COUNSEL

## DECLARATION OF J. EVAN SHAPIRO

I, J. Evan Shapiro, declare:

1.      I am lead trial counsel for Plaintiff Lawrence Schallert in the instant action.

2.      I have registered as a CM/ECF user in the United States District Court, Central District of California.

3.      My email address of record is eshapiro@taulersmith.com.

4.      I have read the Court's Standing Order and the Central District of California's Local Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed on this 8th day of March, 2026 at Los Angeles, California.

J. Evan Shapiro