**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 26-1015-JFW(KSx)**                              Date:  March 23, 2026

Title:      Lawrence Schallert -*v*- StockX, LLC, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                  **ATTORNEYS PRESENT FOR DEFENDANTS:**
        None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**         **ORDER DENYING AS MOOT DEFENDANT STOCKX LLC'S MOTION TO DISMISS CLASS ACTION COMPLAINT PURSUANT TO FRCP 12(b)(1) AND (6) AND STRIKE CLASS ALLEGATIONS [filed 2/25/26; Docket No. 12]**

On February 25, 2026, Defendant StockX LLC ("Defendant") filed a Motion to Dismiss Class Action Complaint Pursuant to FRCP 12(b)(1) and (6) and Strike Class Allegations ("Motion").  On March 9, 2026, Plaintiff Lawrence Schallert ("Plaintiff") filed his Opposition.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 30, 2026, is hereby vacated and the matter taken off calendar. After considering the moving and opposing papers, and the arguments therein, the Court rules as follows:

On March 12, 2026, the Court entered an Order approving the Joint Stipulation Regarding Briefing Schedule of StockX LLC's Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to FRCP 12(b)(1) and (6) and Strike Class Allegations, filed March 11, 2026 (Docket No. 18), which provides that Defendant will re-filed its Motion by March 30, 2026.  As a result, Defendant's Motion is **DENIED as moot**.

IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_