KENDALL BRILL & KELLY LLP
Jeff Chemerinsky (270756)
 *jchemerinsky@kbkfirm.com*
Nary Kim (293639)
 *nkim@kbkfirm.com*
10100 Santa Monica Blvd., Suite 2500
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant StockX LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LAWRENCE SCHALLERT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STOCKX LLC, a Michigan limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01015 JFW (KSx)<br><br>**DECLARATION OF JEFF CHEMERINSKY IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT AND STRIKE CLASS ALLEGATIONS**<br><br>District Judge John F. Walter<br>Magistrate Judge Karen L. Stevenson<br><br>Date:    April 27, 2026<br>Time:    1:30 p.m.<br>Courtroom 7A |

604488578

DECLARATION OF JEFF CHEMERINSKY

## DECLARATION OF JEFF CHEMERINSKY

I, Jeff Chemerinsky, declare as follows:

1.    I am an attorney at Kendall Brill & Kelly LLP, lead trial counsel for Defendant StockX LLC in this suit.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    Prior to the filing of this Motion, counsel for the parties engaged in an in-person conference to meet and confer about their respective positions and the legal authorities that they believed supported each of their positions.

3.    Specifically, on March 18, 2026, counsel for the parties participated in an in-person conference at Defendant's counsel's office for approximately 45 minutes.  My colleague, Xiaorui Yang, and I attended on behalf of Defendant.  Evan Shapiro attended on behalf of Plaintiff.

4.    At the conference, I stated the grounds for the proposed Motion would be as follows:  (i) Plaintiff fails to allege an injury-in-fact that is particularized to his circumstances or benchmarked to a specific tort to plead Article III standing; (ii) Plaintiff fails to state a claim because, as alleged, the Criteo SDK collected the content of Plaintiff's communication with the subject website and thus falls outside of § 638.50's definition of a trap and trace device; (iii) Plaintiff fails to plead diversity jurisdiction, because he fails to allege Defendant's principal place of business; and (iv) Plaintiff defines an impermissible fail-safe class.  Plaintiff's counsel indicated he would not dismiss the Complaint in light of the foregoing discussion but was willing to amend the Complaint to allege that Defendant's principal place of business is in Michigan.  I checked with my client regarding Plaintiff's proposed amendment, but I have not received authorization to grant consent to the proposed amendment as of the filing of this Motion.

I declare under penalty of perjury under the laws of the United States that the

604488578

2

DECLARATION OF JEFF CHEMERINSKY

foregoing is true and correct to the best of my knowledge.

Executed on this 30th day of March, 2026, at Los Angeles, California.

/s/ Jeff Chemerinsky
Jeff Chemerinsky

DECLARATION OF JEFF CHEMERINSKY