J. Evan Shapiro (SBN 218481)
eshapiro@taulersmith.com
Camrie Ventry (SBN 355853)
cventry@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff Lawrence Schallert*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SCHALLERT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> STOCKX LLC, a Michigan limited liability company; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 2:26-cv-01015-JFW-KS <br><br> **NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Lawrence Schallert and Defendant StockX LLC have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss his individual claims with prejudice within the next 45 days.

DATED: April 3, 2026                    **TAULER SMITH LLP**

By:    */s/ J. Evan Shapiro*
          J. Evan Shapiro, Esq.

*Attorneys for Plaintiff Lawrence Schallert*